```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 05397
   JEFFREY D BARNHART
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES
        Debtor
   SSN XXX-XX-0393
```

---
            TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/12/04 and confirmed on 04/30/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $   8041.61 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ADVOCATE HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| CENTRA | UNSECURED | NOT FILED | .00 | .00 |
| CHARLES R REA | UNSECURED | 2385.60 | .00 | 238.56 |
| CINGULAR | UNSECURED | NOT FILED | .00 | .00 |
| CITGO | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| DOWNERS GROVE SOUTH H S | UNSECURED | NOT FILED | .00 | .00 |
| DIANON SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| GENERAL PEDIATRICS | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS UROLOGICAL INST | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | .00 | .00 | .00 |
| JEFFERSON JUNIOR HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| M & M ORTHOPAEDICS | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND DEPARTMENT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| NAPERVILLE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| OLD KENT BANK | UNSECURED | NOT FILED | .00 | .00 |
| PLAZA ASSOCIATES | UNSECURED | NOT FILED | .00 | .00 |

```
PROVENA ST JOSEPH MEDICA  UNSECURED        NOT FILED         .00         .00
CFC FINANCIAL             UNSECURED           162.18         .00       16.22
SCOTT L SOMMERS           UNSECURED        NOT FILED         .00         .00
FIFTH THIRD BANK          UNSECURED          9436.76         .00      943.68
PROVIDIAN NATIONAL BANK   UNSECURED        NOT FILED         .00         .00
FAIRLANE CREDIT SST       SECURED            2000.00      100.29     2000.00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT         5.20         .00        5.20
FAIRLANE CREDIT SST       UNSECURED          2537.93         .00      253.79
INTERNAL REVENUE SERVICE  PRIORITY              .00          .00         .00
```

Summary of disbursements:

---

|                    | SECURED  | PRIORITY | UNSECURED | OTHER | TOTAL    |
|--------------------|----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED | 2000.00  | 5.20     | 14522.47  | .00   | 16527.67 |
| PRINCIPAL PAID     | 2000.00  | 5.20     | 1452.25   | .00   | 3457.45  |
| INTEREST PAID      | 100.29   | .00      | .00       | .00   | 100.29   |
| TOTAL PAID         | 2100.29  | 5.20     | 1452.25   | .00   | 3557.74  |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC     , was allowed $ 4050.00 and was paid $ 4050.00 .

The Trustee received $    326.89 .

Refunds to the Debtor totaled $    106.98 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/18/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE



                         PAGE   2
         CASE NO. 04 B 05397 JEFFREY D BARNHART